■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GLENN E. ROGERS, JR., Appellant, v. ALFRED M. STANLEY, as Director of Rockland State Hospital, Respondent.—

922

Beldock,
Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.